PD-1054&1055-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/12/2015 1:38:05 PM
Accepted 8/17/2015 12:28:44 PM
ABEL ACOSTA
CLERK

IN THE
COURT OF CRIMINAL APPEALS
OF TEXAS

| | | |
|---|---|---|
| ANTHONY AUSTIN METTS | § | |
| | § | |
| VS. | § | CAUSE NO. _____ |
| | § | |
| STATE OF TEXAS | § | |

**MOTION TO EXTEND TIME TO FILE A
PETITION FOR DISCRETIONARY REVIEW**

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Anthony Austin Metts, appellant, files this Motion To Extend Time To File A Petition For Discretionary Review, and would show as follows:

I.

Appellant pled guilty to sexual assault of a child in cause numbers CR29169 and CR29170 in the 385th District Court of Midland County before the Honorable Willie DuBose on March 26, 2004. Pursuant to a plea agreement, the court deferred an adjudication of guilt and placed him on deferred adjudication probation for ten years and assessed a $2,500 fine.

The State filed a motion to adjudicate appellant's guilt in May of 2013. The Honorable Robin Malone Darr adjudicated guilt and assessed punishment at ten years in prison on May 31, 2013. Rodion Cantacuzene and Elizabeth Rainey represented him at the adjudication hearing.

FILED IN
COURT OF CRIMINAL APPEALS

August 17, 2015

ABEL ACOSTA, CLERK

The Eleventh Court of Appeals affirmed the judgment of conviction after the adjudication of guilt in an unpublished opinion issued on July 16, 2015. Metts v. State, Nos. 11-13-00203-CR & 11-13-00204-CR (Tex. App.—Eastland 2015). The deadline to file a petition for discretionary review (PDR) is August 15, 2015.[1] Josh Schaffer represented him in the court of appeals.

## II.

This Court may extend the time to file a PDR if a party files a motion complying with Rule of Appellate Procedure 10.5(b) no later than 15 days after the last day to file a petition. TEX. R. APP. P. 68.2(c). This motion is timely, and appellant has not sought a previous extension of time to file a PDR.

Appellant hired counsel to file a PDR on August 12, 2015. He cannot prepare and file the PDR in the few days before the deadline. Accordingly, he requests that the Court grant a 30-day extension of time, until September 14, 2015, to file a PDR.

---

[1] August 15 falls on a Saturday. The next business day is Monday, August 17.

## CONCLUSION

Appellant requests a 30-day extension of time to file a PDR.

Respectfully submitted,

*/s/ Josh Schaffer*

Josh Schaffer
State Bar No. 24037439

1301 McKinney, Ste. 3100
Houston, Texas 77010
(713) 951-9555
(713) 951-9854 (facsimile)
josh@joshschafferlaw.com

Attorney for Appellant
ANTHONY AUSTIN METTS

## CERTIFICATE OF SERVICE

I served a copy of this motion on Carolyn Thurmond, assistant district attorney for Midland County; and on Lisa McMinn, State Prosecuting Attorney, by electronic mail on August 12, 2015.

*/s/ Josh Schaffer*

Josh Schaffer